Rochester Trust and Safe Deposit Company, as Executor, etc., of Adam Vogel, Deceased, Respondent, v. Valentine Vogel and Others, Respondents, and Adolph Duringer, as Executor, etc., and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

John S. Smith, Respondent, v. Augusta Hovey Mould, Appellant.— Motion to dismiss appeal granted, unless appellant serve brief in typewritten form by May twelfth, pay respondent's attorney ten dollars and be ready for argument on May seventeenth.

Cora A. Kamman, Respondent, v. John H. Kamman, Appellant. (Action No. 1.)— Motion for leave to appeal to Court of Appeals denied, without costs.

Cora A. Kamman, Respondent, v. John H. Kamman, Appellant. (Action No. 2.) — Motion for leave to appeal to Court of Appeals denied, without costs.

Isaac Abramowitz and Another, Appellants, v. Charles S. Donnelley, Individually and as Sheriff of Oneida County, Respondent. (Action No. 1.) Order affirmed, with ten dollars costs and disbursements. All concurred.

Isaac Abramowitz and Another, Appellants, v. Charles S. Donnelley Individually and as Sheriff of Oneida County, Respondent. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. All concurred.

Lillian Rutecka, as Administratrix, etc., Plaintiff, v. Pennsylvania Railroad Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

Raymond A. Delahunt, Respondent, v. International Railway Company and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.

Amelia K. Lautz, Individually and as Trustee, etc., Respondent, v. Henry Ware Sprague, as Trustee, etc., Appellant, Impleaded with Others. — Judgment affirmed, with costs to each party appearing upon this appeal by separate brief, payable out of the corpus of the fund. Held, that under testator's will his widow was entitled to receive from the net income of the trust estate an annuity of $12,000, and if such income in any year should be insufficient to yield such annuity, then the trustees were authorized to temporarily borrow and take from the principal of the trust estate sufficient thereof to make up any such deficiency, subject, however, to restoration of said principal from surplus income as the same may accrue. All concurred.

Michele Caboni, as Administrator, etc., Appellant, v. Pennsylvania Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Mary A. Driscoll, as Administratrix, etc., Appellant, v. Volney A. Hoard, Respondent.— Judgment entered in favor of plaintiff vacated and set aside. Judgment and order appealed from reversed and motion for new trial granted, with costs to the appellant to abide event. Held, that the evidence was sufficient to make out a case for the jury; that the trial